HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF JASO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CASCADIAN THERAPEUTICS, INC., CHRISTOPHER S. HENNEY, ROBERT W. AZELBY, GWEN A. FYFE, STEVEN P. JAMES, TED W. LOVE, SCOTT D. MYERS, DANIEL K. SPIEGELMAN SEATTLE GENETICS, INC., and VALLEY ACQUISITION SUB, INC.,<br><br>Defendants. | NO. 2:18-cv-00241-JCC<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE VOLUNTARY OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to plaintiff only and without prejudice to the putative class.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

NOTICE OF VOLUNTARY DISMISSAL - 1
(No. 2:18-cv-00241-JCC)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

DATED this 22nd day of May, 2018.

BRESKIN JOHNSON & TOWNSEND, PLLC

By: */s/ Roger Townsend*
    Roger Townsend, WSBA # 25525
    1000 Second Avenue, Suite 3670
    Seattle, Washington 98104
    206-652-8660 Phone
    206-652-8290 Fax
    rtownsend@bjtlegal.com

OF COUNSEL:

RIGRODSKY & LONG, P.A.
300 Delaware Avenue
Suite 1220
Wilmington, DE 19801
302-295-5310

RM LAW, P.C.
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
484-324-6800

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL - 2
(No. 2:18-cv-00241-JCC)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

## CERTIFICATE OF SERVICE

I hereby certify that on this date I had the foregoing document filed with the Clerk of the Court using the ECF filing system which will automatically serve notice of such filing to all registered parties of record.

Dated: May 22, 2018

                                            *Roger M. Townsend*
                                            Roger M. Townsend